JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YAMAMURA, et al. | Case No.: CV 08-4142 DSF (CWx) |
| Plaintiffs, | |
| vs. | JUDGMENT OF DISMISSAL |
| AMERICAN HOME MORTGAGE, et al., | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiffs not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed.

IT IS SO ORDERED.

Dated: December 19, 2008

_____
Dale S. Fischer
United States District Judge